IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES BERRYMAN, LARRY
ROOKS, and KATHLEEN WILLIAMS,
individuals,

                      Plaintiffs,

v.

OFFICE DEPOT, INC. a Delaware
corporation,

                      Defendant.
_____

Case No. 6:15-cv-01244-JR

ORDER

MCSHANE, Judge:

      Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 36, recommending defendant's motion for summary judgment be granted. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiffs filed objections to the Findings and Recommendation. ECF No. 38. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 36, is ADOPTED in full. Defendant's motion for summary judgment, ECF No. 24, is GRANTED.

IT IS SO ORDERED.

DATED this 8th day of March, 2017.

<u>/s/ Michael McShane</u><br>
Michael McShane<br>
United States District Judge

2 –ORDER